433 A.2d 103

Commonwealth v. McLean, Appellant.

Reargument Denied April 8, 1981.

Submitted November 14, 1980. Jesse E. Shearin, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Order affirmed.